IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DENITA SMITH** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **TRANS UNION LLC, EQUIFAX** | : | |
| **INFORMATION SERVICES LLC,** | : | |
| **GENERAL MOTORS FINANCIAL** | : | |
| **COMPANY, INC., and TD BANK N.A.** | : | **NO. 20-4233** |

## ORDER

**NOW**, this 16th day of February, 2021, upon consideration of the Second Amended Motion for Admission Pro Hac Vice (Doc. No. 14), it is **ORDERED** that the application is **DENIED**.[1]

/s/ TIMOTHY J. SAVAGE J.

---

[1] There is no doubt that Dennis McCarty is qualified professionally and may be familiar with the Federal Credit Reporting Act. So are local counsel. The plaintiff's relationship with McCarty does not appear to be as intimate as the motion contends. McCarty practices law and has his office in Texas. The plaintiff resides in Philadelphia, Pennsylvania. Considering the nature of the claims and the distance of McCarty's office and this district, we decline to grant the motion.
 We emphasize that we do not deny the motion because MCarty lacks qualifications and integrity.
.