## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DENITA SMITH** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **TRANS UNION LLC, EQUIFAX** | : | |
| **INFORMATION SERVICES LLC,** | : | |
| **GENERAL MOTORS FINANCIAL** | : | |
| **COMPANY, INC., and TD BANK N.A.** | : | **NO. 20-4233** |

## ORDER

**NOW**, this 14th day of October, 2021, upon consideration of defendant Trans Union LLC's Motion for Judgment on the Pleadings (Doc. No. 40), the plaintiff's Response in Opposition to Defendant, Trans Union's Motion for Judgment on the Pleadings with Plaintiff's Partial Cross-Motion for Judgment on the Pleadings re: Accuracy, or, in the Alternative, Plaintiff's Sur Cross-Motion to Amend Complaint (Doc No. 45), and the defendant's reply, it is **ORDERED** as follows:

1. Plaintiff's Partial Cross-Motion for Judgment on the Pleadings re: Accuracy, or, in the Alternative, Plaintiff's Sur Cross-Motion to Amend Complaint is **DENIED**;

2. Defendant Trans Union LLC's Motion for Judgment on the Pleadings is **GRANTED**.

3. **JUDGMENT** is entered in favor of defendants and against the plaintiff.

/s/ TIMOTHY J. SAVAGE J.